MHP 550

Page 1

1. Edgar Lee Warren                    Office of the Clerk, US
2. 35 County Center Dr.                District Court Northern
3. Oroville, ca 95965                  District of California
4.                                     450 Golden Gate Avenue
5. FILED  E-filing                     San Francisco, California
6. JUN 25 2008
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
7.                    CV 08  3078  MHP                    (PR)
8. Edgar Lee Warren complaint is to be attach are
9. Amen to his complaints may 19-2008# and the
10. one may 29-2008# that Warren send in to this
11. Federal court however Warren had got this form
12. for all his court transcripts and the form for
13. the court transcripts was about -4- page of the
14. form and that when Warren got it be for
15. however Warren send this form be for. for
16. his court transcript into Butte county courthouse
17. one court street Oroville, ca 95965# be
18. for Judge J. Reilley- however that court would
19. not let Warren get them transcripts but that
20. court said that Warren got to get them
21. transcripts from his attorney Jesus
22. Rodriguez so Warren send Mr. Rodriguez
23. one of the form for all the court transcripts
24. on Warren however the court and the court
25. attorney would not give Warren back the
26. form for all his court transcripts so Warren
27. went back to dic law library here at Butte
28. county Jail about -3- time about to get

Page 1-2-3-4-and-7-with the exhibits.

Schwarzenegger 08-3078 MHP

1. some more of them form from the persons
2. that work there in clic law library and the
3. persons that work in clic law library would
4. not give Warren the hold form of -4- page
5. form and Warren this get one page for the
6. court transcripts so there for see
7. Exhibit -2- however from what Warren see
8. of this issues that the court and Warren
9. court attorney and Butte county Jail and
10. clic law library they all was work together
11. on this issues of not let Warren get all
12. his court transcripts and so on and so on
13. however I think that ARNOLD SCHHRZENEGGER
14. Governor of the state of California is
15. Legal responsible for the state of
16. California and all so for the state Judges
17. so Warren Lawsuit will be that the suit
18. will be on the Governor ARNOLD
19. SCHHRZENEGGER because Governor is
20. Legal responsible for all of the
21. state court and state Judges there for
22. this issues is this Edgar Lee Warren send
23. Legal mail to the Judge Glusman and it
24. was Legal mail on the Envelope and
25. it had confidential on the Envelope
26. and it had federal mail on the Envelope
27. But this Judge Steven J. Howell went in
28. Edgar Lee Warren Legal mail and read it

1. Judge STEVEN J. HOWELL went in Edgar Lee WARREN
2. Legal mail and read it and then this same
3. Judge STEVEN J. HOWELL send copies to
4. Atty/DA/county counsel see EXHIBIT-X-on
5. This issues Legal mail GILISMAN so there
6. For Edgar Lee WARREN contitutional Rights
7. have been violated of the united states
8. Federal mail and Legal mail at that UNDER
9. The Law Edgar Lee WARREN been
10. DESCRIMINATION about his constitutional
11. Rights UNDER The 5th, 6th, 8th, 9th, of The
12. united states contitution however Edgar
13. Lee WARREN have The Right To The EQUAL
14. PROTECTION of The Law of The united
15. states contitution of The 5th, 6th, 8th, 9th,
16. 14th Amendments of U.S. contitution and
17. that UNDER The Law and by Law and so on
18. and so on however Judge William Lamb did do
19. The same of violated Edgar Lee WARREN
20. contitution Rights by send WARREN Legal
21. mail To The District Attorney when that
22. Legal mail was To other Judges see
23. EXHIBIT-O-however This violated
24. WARREN 5th, 6th, 8th, 9th, 14th Amendments
25. of U.S. contitution by The way WARREN
26. Did not get This Judge STEVEN J. HOWELL
27. name Right in with his complaints May 19-
28. 2008# May 29-2008# with The EXHIBIT's

1. ARE DOCUMENTS however THIS is The Judge
2. STEVEN J. HOWELL violated all of Edgar
3. Lee WARREN Federal constitution Rights and
4. You will see that in The EXHibit's and
5. DOCUMENTS and Judge J. HOWELL is The
6. Judge WARREN had in PReliminary hearing
7. and so on and so on however here at
8. Butte county Jail and in-B-Ped captain
9. and sergeants and The officer's here
10. say This is they Rules here know going up
11. To The cell and give ANY help on give one
12. others Legal WORK ARE ANY STAMP
13. ENvelope ARE ANY Food and The
14. Butte county Jail say that they Rule
15. and Law so there For Butte county
16. Jail in violated of The United States
17. constitution of U.S. and Federal Law
18. So see The Rule book here at Butte
19. county Jail however Edgar Lee WARREN send in
20. other complaint on JUNE-16-2008# IN A Way
21. it got some Rights that was violated is The
22. same in Lawsuit and WARREN ask FOR APPointment
23. OF COUNSEL ON it To. and so on Regional center of
24. BaKersfeild of california Edgar Lee WARREN service
25. coordinator WORKER Phone number(661)327-8531#
26. Regional center for The mentally Retarded and
27. mental PRoblems is FOR WARREN they have his
28. File there. ask FOR WARREN service coordinator WORKER
there if need it. I declare under Penalty of Perjury that
the Foregoing is true and correct. signed This 16 day
of June 2008# Edgar Lee Warren
(Plaintiff's signature)

EXHibit-2-

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF _____

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | Case No.: No. _____ |
| Plaintiff, ) | |
| vs. ) | NOTICE OF MOTION FOR DAILY TRANSCRIPT |
| ) | (CCP §269) |
| _____, ) | Date:_____ |
| Defendant ) | Time:_____ |
| ) | Place:_____ |
| _____ ) | |

TO THE DISTRICT ATTORNEY OF _____ COUNTY AND/OR \_\_\_\_ [HIS OR HER] REPRESENTATIVE:

PLEASE TAKE NOTICE that on _____[date] at the hour of _____ or as soon thereafter as the matter may be heard in the courtroom or Department _____ of the above-entitled court, the defendant will move for a daily transcript of the trial proceedings.

The motion will be made on the grounds that a daily transcript is necessary for counsel to properly present a defense because of the anticipated length of trial and multiplicity of witnesses.

The motion will be based on this notice of motion, on the attached declaration, on the memorandum of points and authorities served and filed herewith, on the records on file in this action, and on such oral and documentary evidence as may be presented at the hearing on this motion.

Dated:_____.

_____

- 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF BUTTE

JUDGE: STEVEN J HOWELL
CLERK: L SANTIAGO

EXHibit-X-

DATE: DECEMBER 7, 2007

CASE NO. CM027429

PEOPLE OF THE STATE OF CALIFORNIA,
                                      Plaintiff,

VS.

EDGAR LEE WARREN,
                                      Defendant.

## CALENDARING MINUTE ORDER

The Court has received:
- [ ] Petition for Writ of Habeas Corpus
- [x] Communication from [x] Defendant [ ] Dept. of Corrections [x] Rec'd 12/3/07 & 12/5/07
- [ ] Return on Bench Warrant
- [ ] Other:

The Court has read and considered same.
- [ ] Petition is [ ] Request is [ ] Granted [ ] Denied

- [ ] This matter is placed on calendar on _____, _____, _____.
  at _____.
- [ ] The Sheriff is requested to bring the defendant before the court at the hour and date specified above.
- [x] Per Judge Howell, copies of defendant's communication sent to Atty/DA/County Counsel

******

cc: 
- [x] District Attorney
- [x] Defense counsel, Jesus Rodriguez
- [x] Defendant
- [ ] Probation Dept.
- [ ] Sheriff
- [x] Other: County Counsel

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF BUTTE

JUDGE: William Lamb
CLERK: M. Knutson

EXHibit -O-

DATE: October 15, 2007

CASE NO. CM027429

PEOPLE OF THE STATE OF CALIFORNIA,
                                          Plaintiff,

VS.

Warren, Edgar Lee,
                                          Defendant.

## CALENDARING MINUTE ORDER

The Court has received:
- [ ] Petition for Writ of Habeas Corpus
- [x] Communication from [x] Defendant [ ] Dept. of Corrections [x] Received 10/9/07
- [ ] Return on Bench Warrant
- [ ] Other:

The Court has read and considered same.
- [ ] Petition is [ ] Request is [ ] Granted [ ] Denied

- [ ] This matter is placed on calendar on ___, _____, ___.
  at _.
- [ ] The Sheriff is requested to bring the defendant before the court at the hour and date specified above.
- [x] No action

\*\*\*\*\*\*

cc:
- [x] District Attorney
- [x] Defense counsel, J. Rodriguez
- [x] Defendant
- [ ] Probation Dept.
- [ ] Sheriff
- [ ] Other:

Edgar L. Warren
35 County Center Dr.
Oroville, CA 95965

CONFIDENTIAL
BUTTE COUNTY JAIL INMATE
Legal Mail
Federal Mail
Federal Court

[Postmark: MARYSVILLE, 17 JUN] [Stamp: USA 41]

OFFICE OF THE CLERK US
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

RECEIVED
08 JUN 19 PM 12: 2
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA