Edgar Lee WARREN
35 COUNTY CENTER DR.
Oroville, CA 95965

RECEIVED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA

E-filing

CV 08 3078 MHP (PR)

Edgar Lee WARREN send -3- Write ENbeLope Legal mail all Together complaint UNDER THE Civil Rights Act, Title 42 U.S.C § 1983# and APPOINTMENT OF COUNSEL all To This Federal COURT ON The DAte June 16-2008# by the way The clic Law library here Butte county Jail Will not let WARREN get ANY copies so all WARREN have here WARREN hope that court Will send WARREN back A copies OF all He have here complaint and APPINTMENT OF COUNSEL and so ON Thank you FOR YOUR time and so ON

SigNatURE: Edgar Lee Warren

DAte June 16-2008#

ABSTRACT WITH EXPARTE PAGE ONE [E] TITLE DATE TIME HOUR MINUTES

IN THY —VS— THE MATTERS OF WE THE PEOPLE —V.S.— UNITED STATES NORTHERN COURT FOR UNITED STATES SAN FRANCISCO DISTRICT LOCAL CIVIL NDC —VS— EDC JURISDICTIONS EXPARTE 1828195518 EX—EXCELL—EXPARTE —CVF 19; STATS 28, 1958. RESOLUTION EXPEDITED EXPARTE NUM CVF 19, [1828195818 28]

[2007-2008 JUDICIAL EIN NOTICES]

IN PRO PER
EDGAR LEE WARREN [PLAINTIFF]
EXPARTE EIN NO. —— SOCIAL SECURITY
NDC EASTERN EDC EXPARTE 1828195618 28
CHIEF —LORD—HOUSE —OF BALTIC ——
IT IS SO ORDERED GRANTED [UNDER SEALS]
SS; UNDER SEAL —SEALS—SEALED BY SIGNATU— FOR EXPARTE —SIGNATURE —JUDGEMENT CREDITOR —CHURCH – DAVID —ISSAC–DI—TOR VITICAN POPE —SIGNATUR —DATE —SEALED

V.S.

peo 95818 people 95896 —USC NDC —WISS— RWW Rhode Island Henderson NORTHERN USC UNITED STATES NORTHERN USC Federal DISTRICT Judge —VS—MAG—VS—CHIEF MAGNISTRATE [UNITED STATES NAMED PART & DefendanTs ALS JUSTICE Ronald A. George —VS [WISCONSIN]

[2007] Superior Case No. —— CITATION NUMBER —— CITY —— zip code —— Judge ——

CASE
CV-
CR-
CRIM-
(NDC) EXPARTE REPORT —— ORDER
ORGANS —— RE —— EXPARTE [E]
ACCUSATORYS —— RE
CLAIM —— NOTICES —— ORDER
AFFIDAVIT —— (NDC) —— RE ——
EXPARTE —— ORDER —— VS Benicia
MOTION —— REORDERED —— (NDC)
PLEADING —— PETITION ——
PLAINTIFF —— PRAYER ——
EXPARTE SUMMARY —— RE —— ORDERS
REPATORY ——
IT IS SO ORDERED GRANTED BY —— ORDERS
CHIEF —— ELDEST LORD —— Orders

[PROOF OF SERVICE]

By via USC—USPS—MAILING(S) UNDER PENALTY OF PERJURY SO DIRECTING ALL COURTS JUSTICES NDC —VS— BENICIA —Judge—Supra —V.S.—NDC—CHIEF—MAGNISTRATE NORTHERN USC DISTRICT CIVIL COURT Henderson —VS (EDC) Fresno [United States] IT IS SO EXPARTE ORDERED GRANTED By CHIEF —EXPARTE —VS—EDC [WISCONSIN]

CVF 19, 28 STAT 99] 1988 Z [1989 (1469. 1541. 1992)

PROOF OF VIA USC USPS SERVICE SO DIRECTING COURT NDC CLERKS APPORIATMENT NDC COURT COUNSELS

Please make CIVIL COURT ☐ LAW SUEING(S) INTENSTIONS To Proceedings Set AT ISSUE IN 10 TRIAL BUSSINESS COURT TRIAL Lien LAW DAYS, people —VS—Bryant SEALS SMITH (NDC)
IN COURT —— dept. —— Judge —— clerk ——
ASSESOR —— Reciever —— Administrator ——
SUPR(a) —APPLT —Judge —VS— MAG. —NDC
ON DAY —— MONTH OF —— IN THE YEAR ——
OR Short Title —— NAME —— VS —— COURT ——
IT IS SO ORDERED GRANTED PAGE ONE TIME
By CHIEF —MAG—DATE ——

DATE
TIME
COURT
DEPARTMENT
EXPARTE
RE—REPORT—ORDER ——
PLACE
Room
SEALED —VENUE —ORDER
APPLT COMM. —VS—Judges
CHIEF MAG. —VS—JUSTICES
EXPARTE —CHIEF ...

PROOF OF SERVICE GRANTING CIVIL LIEN LAW CLAIM

(2007-2008) PROOF SERVED TO PARTIES

CVF 28 STATS ___ TITLE 28 USC 1958 USCA 1959 (1998) DATE ___ TIME ___ CITATION ___ CITATION ___

FIRST CAUSE OF ACTION COURTS ORDERS

WELL SO BE DIRECTED TO HIGHER COURTS SUPERIOR CASE ___ VENUE ___ MOTION AND ORDER GRANTING MODIFICATIONS CIVIL CASE ___ COURT ___ APPEAL CASE ___ COURT ___ DIST USCA ___ COURTS ___ OF ___ NDC ___ APPEALS DATE ___ TIME ___ MINUTES ___ ON CITATION ___ ISSUED BY OFFICER ___ CHICO CITY ___ BADGE ___ IDENTIFICATION ___ ☐ WHITE OR ☐ BLACK ☐ HISPANIC ☐ LATIN STATS 28 USC 521 COLOR BY HIS ___ OR ___ HER ___ COLLAR OF CVF 1999 US 521 (28 ☐ PEOPLE VS MC INTIRE (2000-2010) TITLE 28 USC 1958 INS UNC IMM FORM 195[illegible] ATTACHMENT CCP 758 RULE 758 USCA 1988 A VS B APPLIES 28 USC 1538. ILLEGAL AIR (DMV) AIR, PRIVACIES ___ ☐ YES OR ☐ NO, BINDING CONTRACT ☐ THIS POLICE OFFICER DID NOT SHOW AND 48 HOURS ARREST WARRANT IN BOTH CASE(S) SINCE OUT OF JAIL CUSTODY 10 DAY PRELIMINARY HEARINGS APPLY BACK TO PRIOR CASES ___ OR FILES ___ YOU NEED YOUR NOTICE OF APPEAL 99. 135. 1539.

2ND CAUSE OF RELATED CIVIL LAW SUIT CASES 28 USCA 1958 (1959. 198[illegible]

NOTICES OF RELATED CASES ___ CASE ___ CASE ___ APPEAL ___ PREMATURE ___ GRANTING MOTION AND ORDERS 1988 (758) OF FULL USCA ___ VS ___ USC ___ PEOPLE (UNITED STATES ___ DEFENDANTS (2007) TITLE 28 US 521 IS COLOR BIAS USC 526 AC / DC BIAS 31 USC 527 (52 CRIMINAL USC ___ VS ___ USC ☐ CAL NDC ___ INFORMATIONS GENERAL NEGLIGENCE YOU MUST MEMORANDUM TISCE(S) EACH CITATION ☐ EACH 10 DAYS PERIOD ☐ PEOPLE VS JOHNSON (CHICO ___ VS ___ CAL NDC 2 APPEALS (2001-2011) TITLE 19 USC 1539. RULE 19-19 ☐☐ IS ILLEGAL 31-31 (527) PROHIBITIONS ☐ TO SEARCH ILLEGAL TO SEARCH OR SIEZURE ILLEGALS BEYOND 15 PRIOR DAYS FROM OUT OF CUSTODYS JAIL (CREDITS) 28 USC 1538 (1539, 131. 132. 133 ☐☐☐☐☐ DUE PROCESSES SCT. 1101 1318 1387 1432 1469 1538, 1539. 15[illegible] 1540 [1541. 28-29]

STIPULATION MINUTES CIVIL SET AT ISSUE MEMORANDUM POINTS AND AUTHORIES GRANTING $ 1994 DEFAULT AND $ 1,00 TAX DMV, WRONGDOERS 19,299 CCP 349. RULES 631. STATS 28-28 ☐☐ 1958 CA USC 2 1958. 29-28 ☐ IF MR ☐ EDGAR LEE WARREN, (AKA) SUMMERS, 4141 DNA, JORDAN (NIKE) VS PAYLESS SHOES PLAINTIFF INMATE CCP 631. ☐ ROSS STATS ☐ PATION 28-28 ☐☐☐☐☐☐☐☐☐☐☐☐ ON DAY ___ DATE ___ YEAR ___

☐ DECLARANT ___ I ☐ ___ PLAINTIFF CLAIMANT IN JAIL ON ___ DATE ___ ☐ SIGNATURE ___ CASE ___ CASE ___ DAY ___ MONTH ___ WAS LAST COURT ___ DEPARTMENT ___ CASE ___ YEAR ___ (9d) CASE ___ ☐ THE LAST OUT OF CUSTODY DATE ___ COURTROOM ___ JUDGE ___ JUDGE ___ A LEGAL WARRANT ☐ PEOPLE VS JOHNSON ___ TO PROVIDE ☐ PRELIMINARY HEARINGS USC 740 WRITTEN USC 741 [759] YOU HAVE 10 DAYS FROM 18 USC 737 USC 738 USC 739 (PK CANNOT BE ISSUED AFTER 15 DAYS YOU HAVE CVF 31 USC 1382 STATS 37-37 STATUES TO UPHOLD YOUR BEYOND 10 DAYS BEYOND 18 DAYS BEYOND 69 DAYS YOU FAILED TO 39 USC 37. 1538. 1387. 1388. STATS 49. 98. 128. 131-131 132-133 MILLER + STAR ☐ PEOPLE VS TIDEMAN 1007 VIOLATIONS ☐ PEOPLE VS OWENS (USC COURT 98 131 1007 ...

Left margin: ☐ 1ST CAUSE OF ACTIONS · 8 · 9 · 3-12 RELATED CASES · ☐ 28 1299 CVF 19 MR 39 · MINUTES STIPULATIONS (SB) · 18 · 28 · ☐ ET

EXPARTE (3) P-2.3RD 28:18:23-2 FED 3.2ND RD. DATE 12-24-2007 Time 9:57 pm

THE SONG NAME | FOR A PARTY |

| P1ST CHOIR |

1628 Z 1628

IM Headed FOR A PARTY) I Am Headed FOR The FARM, IVE Been WAITING FOR The SUN To Come (UP) Its So EARLY The hens HAVEN'T HAD TIME To (LAY HER)

| P2ND CHOIRS |

1628 Z 1629

Eggs) BUT Honey, IM Headed FOR (Bed) JUST AS SOON AS I FINISH WORK) OR get Done WHAT EVER Comes FIRST The chickens OR The Eggs

| P3RD CHOIRS |

1631 Z. 1631

Hey LOVERS) Hey girls) Have you Been OUT ON The FARM LATLey, OR HAS It Been DAYS) weeks Hey Honey do you WANT To Ride To (TOWN Today)

| P4TH CHOIRS |

1634 Z. 1635

ABout Lunch Time MAYBE ILL (Buy Today) SENSE IM DRIVEING, AND Headed FOR A NERVIS (BREAKdown) OR FOR A PARTY BUT NOT FIVE (its To SMALL)

| P5TH CHOIRS |

1636 Z. 1637

FOR ME IM A Big (Guy) AND STILL Looking FOR Love) IN all The WRONG PLACES) MAYBE my Lucky well change DURING LUNCH BREAK. (Today)

| P6TH CHOIRS |

1638 Z 1639

BECAUSE IM BUYING) (you) A SANDWHICH Today, Its Been weeks SENSE we HAD (LUNCH Together) well PROABABLEY TALK FOR HOURS OR PARTY OR PLAY I Love you (THAT much) DO you EVEN CARE IF I go IF I STAY) I Love A good PARTY.

2007 THE [A] DECLARANT [signature] ET CH INITIONALED THE [A] EXPARTE Signed A SIGNATURE AS Song 356. WRITER

2nd [ CONTINUED ]

(2007-2010) See ATTACHED ORIGINAL DOCUMENTS CH

PAGE 3 DATE ____ TIME ____ MINUTES ____

(2007-2010) TITLE 28 USC [A] 1988 [1469.1687.1988] CITATION No. ____ CITATION No. ____ Superior CASE ____ Venue ____

RE [memorandum points in authorities] CIVIL Federal CASE ____ GRANTING MOTIONS TO QUASH APPEAL CASE ____ COURT ____ CITATIONS then charges then counts DATE ____ TIME ____ MINUTES ____

[2007-2008] ON good cause shown granted on criminal ____ Appeal ____

☐ IF INMATE NAME ____ WAS IN JAIL ☑ 2006 OR ☑ 2007 ON DATE ____ Time ____ Hour ____ minutes ____ Venue Judge ____ department ____ Before Judge ____ dept. ____ DATE ____ Full credit ____ Time ____ IN CUSTODY ____ Then Leased on ____ The people Have ☑ 10 DAYS To Supply original Hearing ☐ WAS SERVED After ☐ 10 DAYS people vs wilson ☐ 15 DAYS people vs Johnson ☐ when Released Twice ☑ people vs Tideman 28 US 1007 (1008.1009, 29-28) 1988 Z 1989 Applies ccp 1958 CRF 99.128.758.9 [PLAINTIFF BACKGROUND pleadings] [SUMMARY PRAYER] REPORT 2828 (3599.58 Form 1958.19- GRANTING COURTS ORDERS WELL FLOW

FOR COURT COST $ 19,999 PUNETIVE $ 10,800 CIVIL $ 35,800 Reliefs $ 45,60L MONETARY $ 99,800 AWARD $ 79,800 venue change $ 10,000 COURTS $ 1,999 Fees

when A MAN OR WOMEN IS physically Held in California JAIL 2006 OR IN CUSTODY 2007 IN JAIL, The COURTS ☑ Have only 10 DAYS Due process DAYS, our BINDING ☑ people vs Johnson 19 USC 739 add Fleming 66 Z 657 add Tideman 19 USC 1007 (1003 ☐ AFTER (10 PRIOR AAR CONTRACT IF Edgar Lee Warren Left The COURT Beyond 60 CONTRACT TRIAL DAYS ☑ MAXIMUM DUE WARRANTATION civil criminal process 18 US 19 US 1388 (1387.138 969.1

PLAINTIFF COURT ORDER GRANTING [MOTION TO STRICK] 1989 Z 1989 (ccp 1956,631 SUMMARY REPORT 2828 Orders 19988 RE 28688 ORGANS 28,988 H/S 49,988 CVF 28 US CCP 1958 CRF 49 UNC 1958 (1951-1999] punetive Defaults $ 1999 amends

The COURTS Have No ☑ power Beyond ☑ 10 DAYS ☑ 15 DAYS ☑ 19 TRIAL DAYS NOT Beyond ☑ 30 DAYS [ORDER TO Show CAUSE EXSPIRES ☑ 40TH TRIAL DAY CCP 119 To CCP 139 Rules [2][2] Thur 1999-1999 [2][2][2][2][2] p6.1541 (321) All COURTS Legal US — USCA — USC — COURT orders people vs Tideman (SB) 61 To (SB) 1999 CIVIL LAW SUITS $ 1,999 punetives Applies TAX COURT [ADA] [Title] 19-16 [5][2][2][2][2] VIOLATIONS 19 UNC 1958 INS 19.131 Forms 1387-1396

1991(471) ORDER 1992(471-688]

There A 60 TOTAL TRIAL 18 USC 1389 (1388. 133. 209. 1387. 209. 1382] Legal Speedy TRIAL STATUE Its CRF 19. [1389. 1961.] Rules 1951 To 1999 19,1382 (166 657 1043 1098.1099 TAX Frauds 1099 USC 1331 US 1332. 1342) 26,1382 [CONTEMPT 19 USC 1399-1382. 1342 (14,1342) 141382 CONTEMPTS

See ccp 119 To 139 TIME LIMITS Judge ____ GRANTING ____ MOTION ☐ CASES DISMISS ☑ FOR good CIVIL LAW SUIT CAUSE Shown DATE 4-19-2007 TIME 2 STAYS [EXPARTE NOTICES] OF SUA ARREST SPONATE VS ONE [UNITED STATES]

supp [D] 37 wheat [A] VS [Z] CORN (Cal NDC) Z Appeals Z (2000-2010) Title EX- (pltf) 28 UNC 2828 (478.688] USSR 688 (1958.1541.1688.1799 1853. [916-1999]

BECAUSE P 5Th DIST 166 USC 657 US 922 US 966 (967. 969) US 1043 (1043 p6.6Th cir. — DIST. — Rules 1382 Rules 1331 To 1999-1999 [2][2][2][2][2] Form 1958 Form 1988 Z 1988 Applies [A] INFORMATION A VS B People Z police B IN CONTEMPT COURTS IN 60 WARRANTATION PAGE 3 ____

[A] pleadings By DECLARANT DECLARATION (SB) 281299 [A] BackGrounds ☑ [A] RE MINUTES (memorandum SET AT ISSUE)

DATE 12-24-2007
TIME 9:58pm via minutes

EXPARTE (4) P 2.4 NRTHDIST 28.184.2 FED 4 3.2 NDISTRICT 1541

THE SONG NAME [INSULATIONS OR]

1641 Z 1642

[P1ST CHOIR] IVE BEEN TALKING TO YOU, IVE BEEN THINKING AGIAN) MANVILLE (INSULATIONS OR) OWENS CORNINGS "OH" THE HARDWARE STORE OR ACE HAS A SPECIAL

1642 Z 1643

[P2ND CHOIRS] ON SALE, TODAY OR THIS WEEKENED (OUR) YOU STILL GOING TO TOWN TODAY) OR THIS WEEKENED. HEAVEN JUST WONT WAIT WHEN THERES A SPECIAL

1643 Z 1644

[P3RD CHOIRS] ON SALE) I LOVE WORKING ALL NIGHT THE SECURITY LIGHTS OUR SO BRITE, (JUST TELL ME) DO YOU WANT TO RIDE THEM COWBOY HAW SMITH

1647 Z 1647

[P4TH CHOIRS] LETS TALK AWHILE OR DO (SOME INSULATIONS) BEFOR THIS WINTER COMES AND CHANGES WEATHER OR CATCHES US OFF GUARD (AT HOME) DURING A WINTER STORM

1647 Z 1648

[P5TH CHOIRS] LAST NIGHT, I FELT SO TIRED) I DIDNT SLEEP A WINK, ITS LIKE PROVERB WORKING AT NIGHT JUST ANOTHER PROBATE CODE TELL ME SOMETHING DO YOU

1648 Z 1656

[P6TH CHOIRS] (CARE) OR WANT TO STOP FOR LUNCH (YEA) TELL ME) WANT TO WORK SOME MOORE OR STOP FOR LUNCH IM TIRED AS HELL AND MONEY HUNGRY (WITH NO SLEEP.) NEEDING A LUNCH BREAK. A LITTLE ME R&R I GUESS "YEA"

2007 THE [A] DECLARANT *[signature]* VET CHS INITIONALES

THE [A] EXPARTE SIGNED A SIGNATURE AS SONG 356. WRITER

3RD [CONTINUED]

(2007-2010) CHS SEE ATTACHED ORIGINAL DOCUMENTS

[illegible] WITH [illegible] TITLES) page No(1.) DATE Time Hour minut[illegible]
Stipulation Clerk
Day Time Hour minutes
MONTH year File Ref
ASSESOR RECORDER DATE TIME

IN PRO PER
Edgar Lee Warren
Address 1145 W 2nd street #3
City Chico County of Butte
State of California
Zip code 95926

EIN No. [ ] Soc. Sec.
Exparte Clmt plaintiff
Petitioner Name
Attorney Firm
Public Defender
EIN Number ETs

State of California Superior Courts of Chico VS Oroville Judge VS Judge ETs
655 Oleander Ave Chico CA 95926
Expedite 35 County Center Drive Chico VS Oroville California 95966
Expedite [In the matters]
A VS B(people)

1638 Z. 1758

ORDER FOR DEFAULT NDC CIVIL TRIAL COUNSELS

It is so ordered granted by Exparte Higher Court
Name Address City
County Floor Room Suite
State zip code (1431-143[illegible]

JUDICIAL NOTICES

UNITED STATES U.S.C. SUPERIOR CRIMINAL TRIAL COURTS OF THE COURTS OF CHICO AND OROVILLE AND BENICIA, FREZNO, SAN FRANCISCO UNITED STATES USC SUPREME SUPERIOR COURT P2ND DISTRICTS EXPARTE 1989 [1991.1992] A BALTIC A VS B Cal NDC Z APPEALS UNITED STATES STATE BAR ASSOCIATION 180 HOWARD ST. SAN FRANCISCO CALIFORNIA ZIP CODE 93209 VS CALIFORNIA 96209 VS WISCONSIN CA,

IN PRO PER [A] ET
MR EDGAR LEE WARREN [Rule 26] ordering the JENCKE ACTS PLAINTIFF A ET 4141 Z 4141
[A] EXPARTE 1992 (1993 ORDER 1994 ) ETs
A ET on the A plaintiff(s) Law suit intentions ETs
1ST ET 2ND ETs
V.S.

[B] people (Superior court chico, California) 655 Oleander Ave, Chico CA 95926 Judge ALs
V.S.
[C] people (Oroville USC Superior Courts) Assigned Judge 35 County Center Drive Oroville CA 95965 Judge ALs
[D] California [Northern USC Federal Courts] P9th Circuits USCA District 450 Golden Avenue 16th Floor, San Francisco CA 94102
[E] Chief Magistrate Thelton E Henderson (Cal NDC Apps)
[F] United States USCA Courts NDC Appeals ALs P19th Circuits
[G] California (US Supreme Courts) P11th 94103 95166

[2007 Superior] CITATION NO.
CASE NO. Appeal
CV- 4:13-2007 EX ( ) [R][S][T]
CR- 4:19-2007 EX ( ) [R][S][T]
Crim- 11-19-2007-2008 ( ) [R][S][T]
(2006-2008) 49 UNC Sec Reg. No. 1828281819
Title 28 USC 1958 [1958.1959] P28th 1469 (1469.1588.1688)
[Adm ALR 1988-1928 Z 1988 [1989]] The
[B] Pursuant To Loc. Civil NDC VS [E] EDC [E] SDC (EDC)(SDC) CCP 1994 (1995.1996)
Cross-Complainant Complaints A VS B Cal NDC Z Appeals [Wisconsin] Fed 187[illegible]
[A] plaintiff Motion for speedy Legal Good Faith Due Process Criminal Courts 1934 to 2014
Exparte A VS Z Civil Trials
Motion for Sua Sponate Courts
Speedy 72 Hours Trial Counsels
It is so ordered Granted By

SS;} please court notice on — day — of the month of — in the A VS Z. the court name — year 2007 (ad) on — or approximatley 831 am Time 831 (am) Hour 831 am minutes 831 am Motion for Counsels premotions come(s) — before this court page (1.)

DATE
RE
TIME
COURT
DEPT.
ROOM NO.
JUSTICE
MAG. VS Judge

2007-2008 MOTION FOR SPEEDY TRIAL PREMOTIONS

(SB) 12 1299

IN THE ... IN THE ORIGINAL SONG 1.4 TIME 1:55PM WRITTEN FOR DATE 12-24-2007

[2007-2010] FEE 28 UKC 1958 USSCR 1959 JUNE 1988 1989 A VS Z UNITED STATES

(2000-2010) [SHORT TITLES] NAMES CHS Edgar Lee WARREN, michael JORDAN, Nike Shoes, DONNA SUMMER, Diana ROSS, GARY PATTON, Eddie MURPHY PLAINTIFFS VS UNITED STATES defendants NDC 9339

CHS A EX — EXPARTE A ETS A NOTICES OF ADDMISSIONS TO BAR WITH [A] ME CLASS ACTIONS

THE [NOTICE YOUR RIGHTS] MAY 4141 Z 4141.19 BE REDUCED TO A B)RANIGAN — VS — CA9441

CHS (2007-2010) NOTICE OF CLASS ACTIONS YOUR RIGHTS MAY BE AFFECTED BY A VS Z WRITING

THE SONG NUMBER 354 APPLICANT A APPLICATION [A] ETS CCP §1853.18 §19.1957.19.1958 FORM 688

[A] 2007-2010 THE EXPARTIES ATTACHED §1618.18-18 Z. §1618.18-18 688.1918 [B] SONG NAME [PASSED ME BYE PRE POSED NAME]

[P1ST CHOIR] FOR ALL THESES YEARS) THAT PASSED ME BYE

REMEMBERED WHAT YOU SAID WAKE UP ITS (BREAK FAS TIME) (I ONCE)

ITS SEEMS LIKE ITS BEEN 50 YEARS SENSE

[P2ND CHOIRS] 2008 STATS 28, 49] 689 §1619 Z. §1619 (4141.18-19] AMENDS CLASS SEE ATTACHED

YESTERDAY, WHEN I WAS OUT PLOWING MY VINEYARD

TODAY JUST ANOTHER DAY OUT ON THE FARM WITH MY

TRACTOR INSURED FROM ALL THE THINGS THAT GO WRONG

[P3RD CHOIRS] §1621 Z. §1621

IN THE MORNINING SUN,'S AWAKE (NOW) AND

NOTHING OUT THERE BUTT A LITTLE (COTTON) AND ANOTHER

ROAD TO TAKE ME HOME ITS BEEN DAYS YOU KNOW

[P4TH CHOIRS] §1622 Z. §1623

ITS JUST MY WAY, TO SAY) IF YOUR IN LOVE

WITH SOME ONE OH WHO KNOWS WELL HEAVEN RAIN

OUR YOU STILL IN LOVE WITH ME WELL MY HEAVEN CAME

[P5TH CHOIRS] §1623 Z §1625 (4141.625.637.681.686.689] 691.19.18.18-19 [B]

ITS BEEN 50 YEARS IVE BEEN WAITING PLOWING

WAITING ON YOU BABY AND TEARS GONE BYE

[P6TH CHOIRS] THE WRITTE NOTICED §1626 Z. §1627 STIPULATIONS (SEE) EXPARTIES ATTACHED

ALL THE TEARS IVE CRYED OUT OVER YOU, SOMETIMES

YOU GOT TO LOVE SOME ONE AND JUST LETT (GO.)

1934-2010) STATS 49; 28 UKC §1647 Z §1648 (1951.18-18.18.28.28.18-19 [A][B][C] 1952-1989] 419

REPORT 39454141 ORDER 41994141 2007 [A] SONG WRITER [crossed out] ORGANS 46954141 RE 41994141 STIPULATION CHS

ACCURATORS 48974141 RE 48974141 ACCURESATORY 49949541 4141 RE 49994954 4141 ACCUSATORY 49969454141 19 RECORDERS 47994141

BALTIC [A] VS E NDC 4141 E VS EDC [E] defendANT [B] TYLER 1999 Z EDC [Z] MALIN TEXAS

DISCOVERY ORDER 26994141 PATENT CHS [B] EX A CHS A RE CHS [A] EXPARTE 2828195819594541

SONG NUMBER (354) PATENT CLAIM CHS354 ORDER 49988195 4141 DISPOSITION 26 7284141 NDC VS

1 VS 2 DAVID 3 UKC 4 MALIN 5 MALID 6 MALLARD 7 MINARDS 8 THE EDC 9 (SIC) 10 (AKA) DAVID MALIN

EDC [E] EASTERN US FEDERAL 299 USC 345 TORT ACTS §4141 UN USSR UKC USE USC CA USC CA Z

§4141 FEES 1544 LEVYS 1543 COURT 1469 TAX 1512 MOTION 1828281819 SUMMARY 18282819981819 ENTRIES CHS RE CHS

ENTRIES A TO JUDGEMENTS CHS EXECUTIONS 1828181912 ... EXPARTE 1838 ... Z NDC Z CIR Z DIST. Z EDC Z VS

EXCELL 1541 1541 ENFORCEMENT 18281958 ... SUA ARRESTS SPONATE

BY 464141 COURT(S) 1541 NAME(S) [B] 26 [Z] DEFAULTS ...

CHIEF LORD ... EXPORT ...

IN proper — PAGE NO. (1) Reciept DATE — TIME ( ) MINUTES — Clerk — Administrator — Recorder — Signatures — Signature — Signature — Date — Time — Assesor — Recorder — Date — Time

Edgar Lee Warren
Utilities in Conformations 4141 [Req]
Address 1145 W 2nd Street #3
Chico California 95926 [1431.1469]
Zip Code 95926 [re 1431.1469]

CVF 28 UN 1828 Z 2818 1928

ORDER FOR COURTS SPEEDY TRIALS DEFAULTS

EXPARTE IN RE SUA EXCELL SPONATE EIN NO. ——— Soc. Sec. ——— ETS EX A EXPARTE NAME ELW / INITIONAL ATTORNEY CLMT, Edgar Lee Warren (PLTF) PETITIONER ——— ET.
☐ PRIVATE ATTORNEY ——— EIN NO.
☐ public USCA Defender ——— ETS
STATE BAR EIN NO. ——— NDC ———
CALIFORNIA — USES — Fees — PERMIT — No.
Higher PRIVATE [SEALED COURT COUNSELS] It is so ordered — under — seal
COURT NAME ——— P — TH — USCA — DIST.
JUSTICE — APPLT — NDC — CIR — MAG. —
Supreme — Supra — Judge — clerk ———

EXPARTE PROTECTIONS COURTS Special ORDER — SEALED — ON — Findings — of — THE — INFORMATION() ——— USCA — V USC — Lead — grand — Jury
JUSTICE — EXPARTE — order —
MAGNISTRATE — EX PARTE — order —
mag. — CIRCUIT — NDC — order —
mag — DISTRICT — NDC — order —
APPLT — Judge ——— order —
Venue — Judge ——— order —
Sealed — DATE — Time — ordered —
Hour — MINUTES.

SS.} IN THE MATTERS OF A VS B Cal NDC = appeals

THE UNITED STATES U.S. SAN FRANCISCO CALIFORNIA U.S. COURTS OF Admissions To BAR ENTRY Submissions ELECTRONIC SPECIAL via SATELLITES CIVIL COURTS MASTERS

[2007-2014] LIMITED ENTRYS EXPARTE 1996 [1997. 1998. 1999. 2992]

(2007-2008) SHORT TITLE NAME UNC (WARREN) VS UTAH [2007-2008] CITATION [Judicial Notices] NUMBER.
It is so ex — ordered sua sponate VS Wisco USC [2007-2008] CASE NUMBER
VS WISCONSIN (USCA) chief Justices
IN PRO PER A ET

A Edgar Lee Warren The A ETS AS THE A ET) Lead plaintiff, claimant seeking, claims on civilian claimant declarant counsels EXPARTE 18191099919 order 215411541 BALTIC 215411541-21122093 JOINERS SPECIAL NON-CONFLICT ATTORNEYS MASTERS SELF PRESERVATIONS CURATOR; ETS NY+ISL The ELIES, ELLIS, ELSINIERS EIN NO. ——— JET

CV — ———
CR — ———
CRIM — ———

(2007-2011) CVF 49, 94 UN SEC. RES No. 18192811 CAMP DAVID A VS = [OPEC], Geneva G.18 (2007-2008) TAX COURTS COSTS SUA SPONATE TITLE 28 USC A 1994 (USC — CVF 1992.1993 P28TH USCA NDC COURTS OF APPEALS ADMINERAL NDC [ALR 2992-2998] 3.687 2nd CAUSES OF CROSS-COMPLAINTS ACTIONS GENERAL Negiligences CRF 37, 1538.49.48

A EX SEALED — AFFIDAVITS — ORDERS TO SHOW CAUSE V.S. PETITIONER ——— Judgementations creditorizes ETO)

A people — usc — Judges — [UNITED STATES] Federal local 39. [3-12-3-35] orders Thur California Jurys — VS — United States Utah A United State San Francisco Courts of Wisconsin Appeals A California — US Supremes
☐ Justice Ronald A George Exparte
☐ Justice
☐ Justice ——— Tac

A MOTION FOR Higher USCA — VS — USC AL
A COURTS TRIAL CIVIL — VS — CRIMINALS
A COURTS SPEEDY TRIAL COUNSELS By Articles, Statutes, Titles, Regulations
It is so ordered Granted By ———

SS.} please make COURT NOTICE 154 OF SETTING — DATE
A CIVIL ET LAW SUIT MATTER (A) ET MOTION 1469 (1541) TIME
COMES ON BEFOR THIS COURT ON DAY — OF COURT
THE MONTH ——— IN THE SAID YEAR 2007 (ad) DEPT.
ON OR ABOUT TIME 831 am Hour 831 am MINUTES 831 am ROOM NO.
IN COURT 19 department 21 Room number 28 EXPARTE JUSTICE MAG. VS ... Judge

(SB) 12 1299

2007-2008 MOTION FOR SPEEDY TRIAL NON CONFLICTINGS LEGAL USCA COURTS COUNSELS

put ONE copy of papers pages (2), (3), (4) ATTAched Here

→ To [This document] page 1.

NOTice Befor you put you ORIGINAL signatures ON pages (2), (3), (4) ATTAched Here

EACh DocumenT should Have [4 pages ToTAL]

1 seT PER MoTion — 13 To 15 Days Ahead oF The DATe Today

1 seT PER WRIT — 5 To 8 DAYS Ahead oF DATe Today + Time

1 seT PER COMPLAINT — 13 To 35 DAYS AHEAD oF The CURRENT DATe + Time

2007 [MAKe photo copies] Thur 2010 (ad) FIRST Befor you SIGN EAch pAcKeT

[2007-2010] Edgar LEE WARREN [do EAch STep] MARKed Above, pLAce 1 cover Then MAKe 3 copies For per EAch Top sheeT

[Top sheeT] → [ABSTRACT WITH pLAINTIFF TITles] see Top LeFT CORNER oF EAch paper page(s)

(ABSTRACTS WITH PLAINTIFFS TITLES) (1.) PAGE NUMBER

IN PRO PER
Edgar Lee WARREN (4141)
In composiers with informations
1145 WEST 2nd STreet Apt. #3
Butte county chico California 95926

2007 clerk — Stipulation — Duly — Sworn — minutes — Hour — Time — Entry To Judgement By clerk By — Exparte — chief — Lords — VS — Lord — House of Commons — Wealth — For — Special — Judgement $ 1,994 USC cash money Dollars + 1 ...

EXPARTE CLAIMANT, DECLARANT ET PLAINTIFFS IN PRO PER UNC [WARREN] — INITIONED EX — PETITIONER A ET. PREMOTION — TAX — INFORMATIONS CURATOR ET
☐ PRIVAT COUNSEL — EIN NO. — ETS
☐ public EIN NO. — defender — ()
SEALED TRIAL ATTORNEY () — ETS — EGS — SEG — LES
JUSTICE — EX — EXPARTE — DATE — TIME — [ ]
IN THE MATTERS OF A VS Z people (superior)

ORDER OF EX — EXPARTE — Higher — COURT — GRANTING — ORDERS — WELL-FL... AT $ 1,994 PREMOTION PER CASE FILE
It IS SO ORDERED GRANTED By — SEALED — UNC — USSR — UK — GEN ASSE... CHIEF — ELDEST BALTIC — ELDEST ELD BERRIES — OR CLASS — PARTIES COME FIRST A VS Z BEEN FIRST 5
RE STIPULATION () — INITIONED — EXPARTE — SEALED — RE RECUR...

THE Z A V.S. B plts def SS3 (S)
UNITED STATES USC CIVILIAN DISTRICT COURTS
UNITED STATES SAN FRANCISCO P 3RD DISTRICT COURTS OF EXPARTE 19, [1828 2818 . 19. FED 4TH NDC 1994, 1994 cal appeals [SAN FRA...
V.S. Z
UNITED STATES NORTHERN U.S.C. DISTRICT COURTS FOR P 2.1ND FEDERAL 3.4TH FREZNO A VS Z FRESNO Z MS
RE 29-6-5.4 Z VS Z To 99
UNITED STATES OF AMERICA A VS Z UNITED STATES USC A VS Z USCA Z SUPREME P 4. 3Rd FED 4TH SUPREME
California UNITED STATES USCA NDC A VS Z NDC [EASTERN DISTRICTS
SUA ARREST SPONATE EXPARTE STANDING ORDER CVF 28.19, [181818.19 [2828-2989.19 Z
[SHORT TITLE] RE 2819181818 19 2828-2989.19 Z Z
[JUDICIAL LEIN NOTICES]

IN PRO PER
A ET Edgar LEE WARREN [CURATOR] ON CLAIMANT, DECLARANT A ET EXPARTE PLAINTIFF SUA SPONATE JUDGEMENT CREDITOR(S)
PREMIUM EX — BELIX — PETITIONERS ETS — EGS — SEG — LES
RE THE SAID SIGNATURE PLAINTIFFS [ET JUDGEMENT CREDITOR OF PREMOTIONS # 1994 + 1 DM...
V.S.
B people — USC — [UNITED STATES] Z VS Z / MS NORTHERN USC FEDERAL DISTRICT COURT FOR SAN FRANCISCO CALIFORNIA, CITY & COUNTY STATE, STATE BAR JUDICIAL JURISDICTION DISTRICTS CHIEF MAGNISTRATE Theldon E Henderson (CALIFORNIA) Rezspondents, detainees MS

[2007-2008] CITATION NUMBER
Chico, Oroville Superior CASE — [TAX COURTS COS...
[EXPARTE] VENUE CASE — DATE
CV-NDC-11:19-2007-5241611820 Z — DATE
APPEAL CASE — DATE — R S T
(2007-2008) TITLE 28 USC A 1996 [5241611820 5] — TIME
P 29. Supp Supp Fed 19.6-5.4 Z Z STATS Z Z 682...
Sct. 1828 PREMOTION NDC 2826
ORDER 2828 2627 2828 GRANTED By CHIEF — EXPARTE — UN SEC COURT — BALTIC LORD...
CALIFORNIA A VS 1098E 24161820 5 ML [WISCONSIN WA...
EXPARTE MOTION GRANTING NEW SPECIAL MASTERS ORDERS WELL FLO...
CIVIL LAW SUIT PREMOTIONS $ 1,994 + 1 DM
A VS Z demotions declarations orders Z
(WISCONSIN — owes moneys in 10 DAY...
WRIT To PREMOTE A VS Z Thur 1999 MS
It IS SO ORDERED By A EX Z 2025241611820 5 6
CHIEF — Lord — SEALED — DATE — TIME

2007-2008 VERIFIED JUDICIAL EIN COURTS DEMOTIONS

please make Notice on This day 19TH of The month of November IN The USC Z 2007 A COURT A VS Z DATE YEAR 2007(a) MOTION To STRICK SUA SPONATE EXPARTE TIME COMES ON IN COURT 21 — department 26 Room 29 COURT Room IN CITY SAN FRANCISCO OF SAN FRANCISCO COUNTY OF P29-6-5.4 Z IN The DEPARTMENT STATE OF CALIFORNIA zip code 94103 VS 94102 ATAH Z Higher COURT Lords Z VS Z VERMONT Z VS Z WISCONSIN Z SUPREME ... JUSTICES

A EXPARTE MOTION GRANTING MODIFICATIONS 2007-2010

(SB) 12 1294

EXPARTE (2) P2ND FED 28.18 2ND] THE DATE 12-24-2007

THE TIME 9:56 pm ENTRIES

SONG NAME [ I WANT ]

1618 Z 1618

[P1ST CHOIR] ALL I WANT IS (YOU BABE) NOW ITS (NO SURPRIZE) IVE BEEN WAITING AND MY HEARTS BROKE ALL I WANT IS A HOME (BABE) ALL I NEED IS

[P2ND CHOIRS] 1618 Z 1619

YOU) AND MY FRIENDS NOW, (BECAUSE) LIFES TO SHORT TO BE CHANGEING ANYTHING (NOW) DO YOU WANT A BIT OF ADVICE TELL ME (YEA)

[P3RD CHOIRS] 1619 Z 1621

OKAY, ALL I WANT, IS LOVE, AND YOU WHATS YOUR MISFORTUNE) COULD YOU COME OVER HERE AND HUGG ME AND JUST GIVE ME ALITTLE (LOVININ)

[P4TH CHOIRS] 1621 Z 1622

I KNOW PEOPLE COME FROM ALL AROUND (A" TO HEAR) THE WORDS OF SOLOMON AND DAVID AND TO HEAR THE 3RD WOE ITS COMEING ONE OF THESES DAYS

[P5TH CHOIRS] 1622 Z 1623

I KNOW BECAUSE IM (SO LAZY) AND IVE BEEN PRAYINING, (AND) I WANT YOU TO KNOW, HEAR THE WORDS I SAY, IM TIRED OF WAITING FOR LOVE), IM DOWN ON

[P6TH CHOIRS] 1626 Z 1627

KNEE'S COULD YOU TALK TO ME, (BABY) I CAN'T WAIT ANOTHER DAY ANOTHER MINUTE (IM SO) UPSET TODAY HONEY COULD YOU JUST FOR THE DAY SAY TO ME,

2007 THE ☒ DECLARANT [signature] ET CHS INITIONALED THE ☒ EXPARTE SIGNED A SIGNATURE AS SONG 355. WRITER ETS

1ST [ CONTINUED ]

(2007-2010) CHS See ATTACHED ORIGINAL DOCUMENTS

ABSTRACT WITH [ ] INITIONALED EXPARTE DATE TIME L
[A] PLAINTIFF TITLES — CVF. 19. STATS 28 USC 1992 [239.688.758.898 19
INITIONALED — (2007-2008 RE JUDGEMENT CREDITOR — ENTRY

ASSESSOR — SIGNATURE
RECORDER — NDC — SIGNATUR
ADMINISTRATOR — NDC — SIGNATUR
CLERK — COURT — NAME
SIGNATUR — VS — COURT
MAGNISTRATE — NDC — SIGNATUR

INDENTIFFICATION
PMB — VS — PBM — NO.
IDENT. — CNR —
CRN — INMATE NO. —

UNITED STATES NORTHERN DISTRICT COURT FOR U.S.C. SAN FRANCISCO DIST.

[2007] EXPARTE 1918 1828 12119 A VS B NDC R EDC S SDC [UNITED STATES] ALS

[2007-2008] SHORT EXPARTE TITLE [ ] — VS — [UNDER SEALS SEALED]

— INITIONALED NAME — V.S. — [NORTHERN USC UNITED STATES]

IN PROPER [2007-2008] CHP ☐ ☐ POLICE CITATION ☐ USC — COUNTY SHERIFF CITATION NO.

[A] Edgar Lee Warren [EXPARTE UNDER SEAL] DATE — TIME — CITY — ZIP CODE

V.S. PLAINTIFF( )

[B] GOVERNOR ARNOLD SCHWARZENEGGER, Butte County Jail Et, vs AL( )

V.S. DEFENDANT( )

[C] — AL( )

Rem Re Appellee( )

[D] Quaisi Rem Re Appellees AL(S)

IT IS SO ORDERED GRANTED BY 2007 HIGHER COURT LORD EXPARTE 2008

[2007-2011] EXPARTE ORDER FOR ADMISSIONS ENTRIES TO NORTHERN [NDC] DISTRICTS CIVIL LAW SUEINGS (NDC) CIVIL EXPARTE ORDER GRANTING CIVIL ☐ ☐ CRIMINAL COURTS LEGAL APPOINTMENT TO COURTS COUNSEL WITHIN 60 TRIAL COURT CALENDAR DAYS CVF 19, 28 [138 FOR INMATE [EDGAR LEE WARREN] EXPARTE UNDER ☐ PRIVACIES (NDC) FEDERAL CIVIL COURT SEAL[S] IT IS SO ORDERED GRANTED BY EXPARTE CHIEF SIGNATUR

SS: EXPARTE APPOINTMENT TO APPROPRIATE PRESENTATIONS CIVIL TRIALS APPOINTMENT TO COUNSEL [SET AT CIVIL NDC ISSUE]

PLEASE MAKE ☐ CIVIL NDC COURT NOTICES ON DATE — RE IN THY — VS — THE CITY OF — TIME — TRIAL COURT OF — IN THE — HOUR — THE SAID DAY OF — FLOOR — IN — MINUTES — IN THE YEAR — THE MONTH OF — COURT — VS — [ COURTROOM — (AD) OF ☐ CRIMINAL (NDC) DEPARTMENT — DEPARTMENT — JUDGE — VS — HENDERSON APPEAL DEPT. — SAN FRANCISCO — FLOOR — COURT — NDC DIST. EXPARTE PLACE — CALIFORNIA ZIP CODE — (1828-1919) ROOM — VS — BURGER — [UNDER SEAL

IT IS SO ORDERED GRANTED BY CHIEF VS. JUDGE — VS — MAG

☐ MAGNISTRATE — ASSIGNED — CHIEF MAG — VS. — SEALED COURT NAMED — MAG

MODIFICATION ☐ COURT SIGNATUR —

COURT DATE — TIME —

2007 APPLICANT FOR NDC APPOINTMENT TO LEGAL COUNSEL(S) 2008

2007-2008 COPIES SERVED TO PARTIES

Edgar Lee Warren
35 County Center DR.
Oroville, CA 95965

BUTTE COUNTY JAIL INMATE

USA 41

USA FIRST-CLASS FOREVER

OFFICE OF THE CLERK, U.S.
District Court Northern
District of California
450 Golden Gate Avenue
San Francisco, California
94102

CONFIDENTIAL
Legal mail
Federal mail
Federal court



JIO
This go
Thank you
June 16-2008#
RECEIVED
08 JUN 20 PM 1:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA