Edgar Lee WARReN
35 County CenteR DR.
OROville, CA 95965

FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MHP (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edgar Lee WARReN

08  3078

Plaintiff,

CASE NO. _____

vs.

GOVeRNOR ARNOLD
SCHARZENEGGER,
Butte County Jail

Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Edgar Lee WARReN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: A/N _____ Net: _____

Employer: A/N _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  NONE, I WAS ON SSI
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or        Yes ___ No _X_
10         self employment

11     b.    Income from stocks, bonds,    Yes ___ No _X_
12         or royalties?

13     c.    Rent payments?                Yes ___ No _X_

14     d.    Pensions, annuities, or       Yes ___ No _X_
15         life insurance payments?

16     e.    Federal or State welfare payments,  Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 NONE
22 _____
23 3.    Are you married?                        Yes ___ No _X_
24 Spouse's Full Name: WARREN was married but not any more.
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ NONE        Net $ NONE
28 4.    a.    List amount you contribute to your spouse's support:$ NONE

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  NONE and WARREN was on SSI
6  
7  5.    Do you own or are you buying a home?    Yes ___ No X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No X
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No X If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 NONE
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No X Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No X
20 NONE
21 8.    What are your monthly expenses?
22 Rent: $ NONE     Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 NONE    $_____    $_____
27 _____    $_____    $_____
28 _____    $_____    $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _not that I know_
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _I have lawsuit in This court But not on The_
10 _same issues_
11   I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13   I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _June 16-2008_         _Edgar Lee Warren_
17    DATE                SIGNATURE OF APPLICANT

1
2                                                                     Case Number: _____
3
4
5
6
7
8                                          **CERTIFICATE OF FUNDS**
9                                                         **IN**
10                                           **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Edgar Lee Warren_ for the last six months at
14                                              [prisoner name]
15   _Butte County Jail_____ where (s)he is confined.
16                   [name of institution]
17        I further certify that the average deposits each month to this prisoner's account for the most
18   recent 6-month period were $ ___∅___ and the average balance in the prisoner's account
19   each month for the most recent 6-month period was $ _55 ¢_ .
20
21   Dated: _June 16-2008_            _____
22                                                 [Authorized officer of the institution]
23   Butte County Jail will not give The
24   Right Form about how much money
25   Edgar Lee Warren had on The books in-6-
26   and only 55¢-and Butte county Jail and
27   officer's will not put they signature
28   on The Forms and Warren had 55¢-For
     only with-in-6-month so have

- 5 -

Signature: _Edgar Lee Warren_
Date _June 16-2008_

CV 08   3078   MHP (PR)

Edgar Lee Warren is asking will you send a copy back of this because Clic Law library will not let Warren get any copys Thank you for your time — *Edgar Lee Warren*