Edgar Lee WARREN, In pro per
Inmate ID: 137286
Butte County Jail -B-Pod-66-L-
35 County Center DR.
Oroville, CA 95965

FILED
08 JUN 26 PM 3:18
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edgar Lee WARREN )
    Plaintiff, )  CASE NO. C08-3078 MHP
vs. )
Governor Arnold ) PRISONER'S
Schwarzenegger, ) APPLICATION TO PROCEED
Butte County Jail  Defendant. ) IN FORMA PAUPERIS

I, Edgar Lee WARREN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I have never worked and_
5  _Edgar Lee Warren was on SSI in-2004#_
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or              Yes ___  No _X_
10      self employment
11  b.  Income from stocks, bonds,           Yes ___  No _X_
12      or royalties?
13  c.  Rent payments?                       Yes ___  No _X_
14  d.  Pensions, annuities, or              Yes ___  No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments,   Yes ___  No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _N/A_____
22  _____

23  3. Are you married?                      Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _____   Net $ _____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  None _____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ___ No ___
10 Make None____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 None _____
16 Present balance(s): $ N/A _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No _X_
20 None _____
21 8. What are your monthly expenses?
22 Rent: $ None _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 None _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  NoNe
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. When I was at the Jail at Los Angeles, Ca
9  I had an attorney File something I don't know
10 what the out come is I cannot Conant my attorney been
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 June 23-2008                    Edgar Lee Warren
17      DATE                     SIGNATURE OF APPLICANT
18 My attorney name in the other case is:
19 MR. FRderick H. McNeIll
20 Phone number (310) 497-2124
21 2011 ARlington AV
22 Los Angeles, ca 90018

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Edgar Lee Warren_ for the last six months at
[prisoner name]

_Butte County Jail_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _55 ¢_.

Dated: _June 23-2008_ _____
[Authorized officer of the institution]

Sergean and officer here at Butte County Jail on the Date June 19-2008 # Say they is not going to put any submit a certificate of funds in prison's account prison any more and sergeant and officer The is not going to attach a copy of your Edgar Lee Warren prisoner trust account statement showing trasactons for the last six months and Warren have all of B-Pod here at Butte County Jail as witnesses on this issues and Warren have any money on his books six months but 55 ¢ so send what he got that showing in this Jail and that all I can do and so on and so on.

Signature _Edgar Lee Warren_ Date June 23-2008